IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

          Plaintiff,         CR. NO. S-09-0090 EJG

      v.               ORDER DIRECTING UNITED STATES
                          TO FILE RESPONSE

EDWARD MALLORY,

          Defendant.
_____/

     Defendant, a federal prisoner proceeding pro se, has filed a motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2), based on Guideline Amendments 748 and 750 concerning lowered base offense levels for cocaine base. The Government is directed to file a response to the motion within 30 days from the filing date of this order. Defendant may file a reply to the response within 30 days after service of the response upon him. The matter will stand submitted upon receipt of the last brief.

     IT IS SO ORDERED.

Dated: April 2, 2012      /s/ Edward J. Garcia

                        _____
                        EDWARD J. GARCIA, JUDGE
                        UNITED STATES DISTRICT COURT

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26