UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EDWARD MALLORY,<br><br>　　　　Defendant.<br>_____/ | NO. CR. 2:09-0090 WBS<br>Court of Appeals No. 13-15313<br><br><u>ORDER DENYING CERTIFICATE OF APPEALABILITY</u> |

----oo0oo----

This matter is before the court on remand from the Court of Appeals, pursuant to the Order of Appellate Commissioner Peter L. Shaw, for the limited purpose of granting or denying a certificate of appealability from this court's Order filed November 16, 2012, denying defendant's motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255.

A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The certificate of appealability must "indicate

1

which specific issue or issues satisfy" the requirement. 28 U.S.C. § 2253(c)(3).

This court can find no issue in defendant's appeal which would be "'debatable among jurists of reason,'" could be resolved differently by a different court, or is "'adequate to deserve encouragement to proceed further.'" See Jennings v. Woodford, 290 F.3d 1006, 1010 (9th Cir. 2002) (quoting Barefoot v. Estelle, 463 U.S. 880, 893 (1983)).

Motions brought pursuant to 28 U.S.C. § 2255 are subject to a one year statute of limitations. See 28 U.S.C. § 2255(1-4). Here, the amended judgment was entered June 7, 2011. Because defendant did not file an appeal, the judgment became final September 7, 2011. Accordingly, the one year period in which to file a § 2255 motion expired September 7, 2012. Because defendant did not file his motion until November 1, 2012, the motion was untimely and properly denied.

A certificate of appealability is therefore DENIED; and the Clerk of this Court is ordered forthwith to forward a copy of this Order to the Clerk of the United States Court of Appeals for the Ninth Circuit.

DATED: July 11, 2013

/s/ William B. Shubb
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE